**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE | : | |
| | : | **CHAPTER 7** |
| ELAINE M. COLE | : | **CASE NO. 21-21071-JJT** |
| | : | |
| DEBTOR | : | **DECEMBER 29, 2021** |

**TRUSTEE'S SUPPLEMENT TO APPLICATION BY TRUSTEE TO EMPLOY AND APPOINT LAW OFFICES OF JEFFREY HELLMAN, LLC TO EXPAND THE SCOPE OF EMPLOYMENT**

Anthony S. Novak, Chapter 7 Trustee in the above-captioned case, hereby files this Supplement to the Trustee's Application to Employ and Appoint the Law Offices of Jeffrey Hellman, LLC (Doc ID #29) so as to expand the scope of proposed employment of the Law Offices of Jeffrey Hellman, LLC to represent the estate not only in regard to the legal issue as to whether the Debtor may exempt $250,000.00 in equity in the real property known as 17 Burrows Street, Mystic, CT pursuant to CGS Sec. 52-352b(21), but also to conduct discovery and commence and pursue litigation as to whether on the date of the Chapter 7 filing the Debtor was entitled to any homestead exemption as to said real property, including whether the real property was the Debtor's principal residence on the date of filing.

ANTHONY S. NOVAK, TRUSTEE

By */s/ Anthony S. Novak*
Anthony S. Novak
280 Adams Street
Manchester, CT 06042-1975
Tel: 860-432-7710
Email: anthonysnovak@aol.com
Fed. Bar #ct09074 (Connecticut)

## **CERTIFICATION OF SERVICE**

       I hereby certify that a copy of the foregoing was served via notice of electronic filing for parties or counsel who are registered filers and via first class, postage prepaid this 29th day of December 2021 to:

Office of the U.S. Trustee-via ECF

Jenna Sternberg, Esq. - via ECF
 (Debtor's counsel)

Elaine Cole - via FIRST CLASS MAIL
205 Elm Street
Noank, CT 06340
(Debtor)

                                              */s/ Anthony S. Novak*
                                              Anthony S. Novak, Trustee