**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **IN RE** | : | |
| | : | **CHAPTER 7** |
| **ELAINE COLE** | : | **CASE NO. 21-21071-JJT** |
| | : | |
| **DEBTOR** | : | **DECEMBER 30, 2021** |

**TRUSTEE'S SUPPLEMENTAL FACTS IN SUPPORT OF APPLICATION FOR
COMPENSATION TO REAL ESTATE BROKER (DOC ID #53)**

Anthony S. Novak, Chapter 7 Trustee, hereby supplements the Trustee's Application to Pay Real Estate Broker (Doc ID #53) and represents as follows:

1. The estate's real estate broker, Randall Realtors of Mystic, Connecticut, procured a buyer for the real estate known as 17 Burrows Street, Mystic, CT at a Five (5%) percent brokerage commission due from the estate.

2. The sale and closing on said real property occurred on December 23, 2021 for a total sales price of $589,000.00.

3. The buyer, Kyla Adams, retained a buyer's broker, William  Raveis Real Estate, to represent her in the purchase and closing on the real property.

4. The total commission due from the estate to Randall Realtors is $29,450.00.

5. Upon receipt of the $29,450.00 in commission, Randall Realtors intends to pay $14,725.00 of said commission to the buyer's broker, William Raveis Real Estate.

6.     To the best of the Trustee's knowledge and belief, neither broker has any affiliation with buyer or seller, except serving as respective real estate brokers for seller and buyer.

Respectfully submitted,

ANTHONY S. NOVAK, TRUSTEE

By */s/ Anthony S. Novak*
 Anthony S. Novak, Esq.
 280 Adams Street
 Manchester, CT 06042-1974
 Email: anthonysnovak@aol.com
 Tel: 860-432-7710
 Fed Bar #ct09074